IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 04-cv-00665-RPM

DAVID HELLER, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

QUOVADX, INC.
LORINE R. SWEENEY and
GARY T. SCHERPING,

    Defendants

---

ORDER DENYING LEAD PLAINTIFF'S REQUEST
TO AMEND THE SECOND REVISED SCHEDULING ORDER

---

Because discovery in this action and in Civil Action No. 04-cv-1006-RPM will be consolidated and a joint scheduling conference in both actions after lead counsel has been selected and approved in Civil Action No. 04-cv-1006-RPM is anticipated, it is

ORDERED that the lead plaintiff's motion to amend the second revised scheduling order

and set December 5, 2005 trial date is denied.

Dated: July 22nd, 2005

BY THE COURT:

/s/ Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge