IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-00665-RPM

DAVID HELLER, individually and on behalf of all others similarly situated,

        Plaintiff,

v.

QUOVADX, INC.,
LORINE R. SWEENEY and
GARY T. SCHERPING,

        Defendants.

_____

## ORDER
_____

For the reasons stated in the order entered in Civil Action No. 04-cv-01006-RPM, it is

ORDERED that Defendant Quovadx, Inc.,'s Request for Entry of the [Proposed] Consolidated Scheduling Order (Doc. #80), filed on November 2, 2005, is denied.

Dated: November 4, 2005

                          BY THE COURT:

                          s/Richard P. Matsch
                          _____
                          Richard P. Matsch, Senior District Judge