# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-0665 RPM

DAVID HELLER, Individually and on behalf of all others similarly situated,

    Plaintiff,

v.

QUOVADX, INC., LORINE R. SWEENEY and GARY T. SCHERPING,

    Defendants.

## ORDER VACATING THE SECOND REVISED SCHEDULING ORDER

THIS MATTER having come before this Court, and upon Defendant Quovadx, Inc.'s Motion to Vacate the Second Revised Scheduling Order Pending Entry of a Further Revised, Coordinated Scheduling Order, for good cause shown,

IT IS HEREBY ORDERED that the Second Revised Scheduling Order is vacated.

Dated: November 10, 2005

                                                                             s/Richard P. Matsch

                                                                             Honorable Richard P. Matsch
                                                                             United States District Court Judge