IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 04-cv-00665-RPM

DAVID HELLER,
Individually and behalf of all others similarly situated,

              Plaintiff,

v.

QUOVADX, INC.,
LORINE R. SWEENEY, and
GARY T. SCHERPING

              Defendants.

_____

ORDER SETTING JOINT SCHEDULING CONFERENCE

_____

         Pursuant to D.C.COLO.LCivR 16.2A and 29.1,  it is

         ORDERED that a joint scheduling conference for this civil action and Civil Action

No. 04-cv-1006-RPM, will be held on **January 5, 2006, at 2:30 p.m.** in Courtroom A,

Second Floor, the Byron White United States Courthouse, 18th and Stout Streets,

Denver, Colorado.

         Dated: November 10th, 2005

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____

                              Richard P. Matsch, Senior District Judge