IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 04-cv-00665-RPM

DAVID HELLER, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

QUOVADX, INC.
LORINE R. SWEENEY and
GARY T. SCHERPING,

    Defendants.

---

## ORDER STRIKING LETTER RESPONSES

On August 22, 2006, the Lead Plaintiff David Heller moved for preliminary approval of a proposed stipulation of settlement of this civil action. On September 6, 2006, the court issued an order for clarification, raising questions about the proposed settlement agreement and class notice and directing counsel to respond to those questions in writing by October 6, 2006. The order for clarification also invited a response from Lead Plaintiffs in Civil Action No. 04-cv-01006. On October 6, 2006, Mr. Lawrence M. Rolnick, counsel for the Lead Plaintiffs in Civil Action No. 04-cv-01006, responded in a letter addressed to the court. The letter was electronically filed and docketed in Civil Action No. 04-cv-00665. On October 9, 2006, Mr. Rolnick filed another letter to the court addressing a motion for extension of time filed by Quovadx on October 6, 2006.

A letter is not an appropriate format for presenting arguments to the court, and legal

positions presented in that format will not be considered. Papers presented for filing must comply with format set forth in D.C.Colo.LCivR 10.1.

Accordingly, it is

ORDERED that the letter to the court from Mr. Lawrence M. Rolnick dated October 6, 2006 [doc. 100], and the letter to the court from Mr. Rolnick dated October 9, 2006 [doc. 104], be stricken from the docket.

Dated: October 11, 2006

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge