FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 04-cv-00665-RPM

DAVID HELLER, individually and on behalf of all others similarly situated,

        Plaintiff,

v.

QUOVADX, INC.,
LORINE R. SWEENEY, and
GARY T. SCHERPING,

        Defendants.

---

ORDER STRIKING DEFENDANT QUOVADX, INC.'S RESPONSE TO THE COURT'S SEPTEMBER 6, 2006 ORDER FOR CLARIFICATION

---

      The court's order for clarification dated September 6, 2006, directed counsel to respond to the court's questions in writing by October 6, 2006. Quovadx's response, filed October 10, 2006, is untimely and its motion for extension of time has been denied. Accordingly, it is

      ORDERED that Defendant Quovadx, Inc.'s response to the court's September 6, 2006, Order for Clarification of Motion for Preliminary Approval of Settlement be stricken from the docket.

      Dated: October 11, 2006

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge