IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 11 2006

C. REC.

Civil Action No. 04-cv-00665-RPM

DAVID HELLER, individually and on behalf of all others similarly situated,

Plaintiff,

v.

QUOVADX, INC.
LORINE R. SWEENEY and
GARY T. SCHERPING,

Defendants.

___

ORDER DENYING MOTION FOR PRELIMINARY APPROVAL
OF SETTLEMENT AGREEMENT

___

On August 22, 2006, the Lead Plaintiff David Heller moved for preliminary approval of a proposed stipulation of settlement of this civil action. On September 6, 2006, the court issued an order for clarification, raising questions about the proposed settlement agreement and class notice and directing counsel to respond to those questions in writing by October 6, 2006. The order for clarification also invited a response from Lead Plaintiffs in Civil Action No. 04-cv-1006.

Upon consideration of the response of Lead Plaintiff David Heller, the motion for preliminary approval of settlement is denied because the proposed settlement purports to settle claims on behalf of a settlement class that is broader than the class that was certified in this action on April 12, 2005. This action concerns the claims of Quovadx shareholders who purchased Quovadx publicly traded securities on the open market during the period from October

22, 2003 to March 15, 2004. Lead Plaintiff David Heller is the class representative for those persons only. The claims of those persons who acquired newly-issued Quovadx stock pursuant to the exchange transaction with Rogue Wave Software, Inc. are the subject of Civil Action No. 04-cv-1006 and will be resolved in that action. The proposed settlement of Civil Action No. 04-cv-665 would result in confusion about the effect of the settlement on the claims of those who acquired Quovadx stock through the Rogue Wave exchange. The court will not redefine the class certified in Civil Action No. 04-cv-665 for the purpose of settlement.

Accordingly, it is

ORDERED that the Lead Plaintiff's motion for preliminary approval of settlement is denied.

Dated: October 11, 2006

BY THE COURT:

Richard P. Matsch, Senior District Judge