**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:                         February 23, 2007
Courtroom Deputy:   J. Chris Smith
FTR Technician:        Kathy Terasaki

_____

Civil Action No. 04-cv-00665-RPM

DAVID HELLER,                                                                              Jeffrey W. Lawrence
individually and on behalf of all others similarly situated,        Joy A. Bull

      Plaintiff,

v.

QUOVADX, INC.,                                                                            Michael Williams
LORINE R. SWEENEY and                                                         Fred Baumann
GARY T. SCHERPING,

      Defendants.
_____

**COURTROOM MINUTES**
_____

**Rule 23(e) Fairness Hearing**

**1:29 p.m.**     **Court in session.**

Court's preliminary remarks.

Court's statements regarding the November 10, 2006 Amended Stipulation of Settlement, February 14, 2007 Declaration of Mailing and Publication, compliance with notice requirements and William S. Karn's filing.

**ORDERED:**   **Williams S. Karn's objection is denied [Doc. 126].**

Mr. Lawrence states there has been no objections filed.

1:34 p.m.        Mr. Lawrence and Ms. Bull answer questions.

1:43 p.m.        Mr. Williams and Mr. Baumann answer questions regarding the SEC.

Court's findings and conclusions as stated on records.

**ORDERED:**   Settlement approved.  Court shall prepare and enter an order.
                        Lead Plaintiff's Notice of Motion and Motion for Final Approval of Class
                        Action Settlement and Plan of Allocation of Settlement Proceeds, filed
                        February 14, 2007 [127], is granted.
                        **Hearing on motion for attorney fees is scheduled April 13, 2007 at 1:30.**

**1:55 p.m.**     **Court in recess.**                       Hearing concluded.  Total time: 26 min.