IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-00665-RPM

DAVID HELLER, individually and on behalf of all others similarly situated,

        Plaintiff,

v.

QUOVADX, INC.,
LORINE R. SWEENEY and
GARY T. SCHERPING,

        Defendants.

---

ORDER DENYING SHAREOWNER OBJECTION TO THE SETTLEMENT FILED
BY WILLIAM S. KARN AND STRIKING OTHER PAPERS SUBMITTED BY HIM

---

        On December 28, 2006, the Clerk's Office received from William S. Karn, 518 Dickson Avenue, Ben Avon, PA, 15202, a four-page document identified as Shareowner Objecting to the Settlement.  In that submission, William S. Karn identifies himself as a shareowner of Quovadx and presents his position in opposition to the settlement of this civil action as described in the notice mailed pursuant to this Court's order of November 20, 2006.  The statements reflected in this submission are Mr. Karn's philosophical and policy objections to class action litigation as it affects corporate shareholders.  He does not identify any purchases of Quovadx stock within the class period and therefore has no standing to make an objection and the statements made do not constitute valid objections to the stipulation for settlement.

Mr. Karn also submitted other papers which were described in this Court's Orders on Motions by William S. Karn, filed January 10, 2007.

On February 22, 2007, the Clerk's Office received from Mr. Karn another "Memorandum" which he alleges to be a memorandum of law, apparently to support his objection but the contents of the memorandum are irrelevant and should be stricken.

Upon the foregoing, it is

ORDERED that the objection in the filing by William S. Karn on December 28, 2006, is denied and it is

FURTHER ORDERED that the memorandum submitted February 22, 2007, by William S. Karn is stricken from the record.

Dated: February 26th, 2007

                                            BY THE COURT:

                                            s/Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior District Judge