IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00665-RPM

DAVID HELLER, On Behalf of Himself and All Others Similarly Situated,

    Plaintiff,

v.

QUOVADX, INC.,
LORINE R. SWEENEY and
GARY T. SCHERPING,

    Defendants.

**ORDER APPROVING PLAN OF ALLOCATION
OF SETTLEMENT PROCEEDS**

This matter having come before the Court on February 23, 2007, on Lead Plaintiff's motion for approval of the Plan of Allocation of the settlement proceeds in the above-captioned action; the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. For purposes of this Order, the terms used herein shall have the meanings as set forth in the Second Amended Stipulation of Settlement dated as of November 20, 2006 (the "Stipulation"), filed with the Court.

2. Pursuant to and in full compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to all Persons who are Class Members who could be identified with reasonable effort, advising them of the Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to all persons and entities who are Class Members to be heard with respect to the Plan of Allocation.

3. The Court finds and concludes that the formula for the calculation of the claims of Authorized Claimants which is set forth in the Notice of Pendency and Proposed Settlement of Class Action (the "Notice") sent to Class Members, provides a fair and reasonable basis upon which to allocate the proceeds of the Net Settlement Fund established by the Stipulation among Class

- 2 -

Members, with due consideration having been given to administrative convenience and necessity. This Court finds and concludes that the Plan of Allocation, as set forth in the Notice, is, in all respects, fair and reasonable and the Court approves the Plan of Allocation.

IT IS SO ORDERED.

DATED: February 26, 2007

s/Richard P. Matsch
THE HONORABLE RICHARD P. MATSCH
UNITED STATES DISTRICT JUDGE

Submitted by:

s/ Joy Ann Bull
JOY ANN BULL

JOY ANN BULL
LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)
Email: joyb@lerachlaw.com

JEFFREY W. LAWRENCE
DENNIS J. HERMAN
EX KANO S. SAMS II
LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
Email: jeffreyl@lerachlaw.com
Email: dherman@lerachlaw.com
Email: exkanos@lerachlaw.com

Lead Counsel for Plaintiffs

S:\RPMSec\MO\po4665.allo