IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 04-cv-00665-RPM

DAVID HELLER, individually and on behalf of all others similarly situated,

        Plaintiff,

v.

QUOVADX, INC.,
LORINE R. SWEENEY and
GARY T. SCHERPING,

        Defendants.

---

ORDER AWARDING PLAINTIFFS' COUNSEL'S ATTORNEY'S FEES AND
REIMBURSEMENT OF EXPENSES

---

This matter came before the Court for hearing on April 13, 2007, on the motion of Lead Counsel for an award of attorneys' fees and reimbursement of expenses incurred in this Action. No objections were filed and no objectors appeared at the hearing. The Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this Action to be fair, reasonable, and adequate and otherwise being fully informed in the premises and good cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. All of the capitalized terms used herein shall have the same meanings as set forth in the Second Amended Stipulation of Settlement dated as of November 20, 2006 (the "Stipulation"), filed with the Court.

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all Members of the Class who have not timely and validly requested exclusion.

3. The Court hereby awards Lead Counsel attorneys' fees of $2,250,000.00, being 25 % of the Settlement Fund, plus reimbursement of litigation expenses in the amount of $361,279.25. The Court finds that the amount of the fees awarded is appropriate and that the amount of fees awarded is fair and reasonable under the "percentage-of-recovery" method given the risks of non-recovery, the time and effort involved, and the result obtained for the Class.

4. The awarded attorneys' fees and expenses shall immediately be paid to Lead Counsel subject to the terms, conditions and obligations of the Stipulation, and in particular ¶ 6.2 thereof, which terms, conditions and obligations are incorporated herein.

5. Pursuant to 15 U.S.C. § 78u-4(a)(4), David Heller is awarded $8,820.00 as reimbursement for his time and expenses.

DATED:  April 13, 2007

BY THE COURT:

s/Richard P. Matsch

Richard P. Matsch, Senior District Judge